# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                            NO. 4:05CR00305 SWW

ROY LEE BURNETT, JR.,
WILLIAM STEVE SPANGLER,
KELLI DEANNE STAFFORD,
MELISSA M. WOODALL and
PAMELA DENISE YARBOROUGH

## ORDER OF DISMISSAL

By ordered entered on August 23, 2006, and amended order entered on August 25, 2006, the Court deferred entering an order of dismissal of the indictment pending against the above defendants for a period of seven days to give the parties an opportunity to negotiate waivers of indictment and filing of a superseding information.  The Court stated that in the absence of a superseding information, Count X would be dismissed.  There have been no such filings as to the above defendants.

IT IS THEREFORE ORDERED that Count X of the Indictment pending in this case hereby is dismissed without prejudice to the grand jury's indicting the above defendants anew.

Dated this 6th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE